## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Jenna Johnson, Abbey Johnston, Riley Bucci, Kelsey Gross, Stevie McCartin, Elaine Lake, Courtney Nemmers, Tracy Tankard, Mallory VanDyke, and Jessica Aujero, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>Beech-Nut Nutrition Company,<br>Campbell Soup Company (Plum Organics),<br>Gerber Products Company,<br>Hain Celestial Group (Earth's Best Organics,<br>Nurture, Inc. (d/b/a HappyFamily Organics),<br><br>       Defendants. | Civil Action No. 21-cv-02096 |

## NOTICE OF VOLUNTARY DISMISSAL

The above-named Plaintiffs, by and through their attorneys of record, hereby voluntarily dismiss the above-captioned matter, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), each party to bear its own fees and costs.

                */s/ Ruth Anne French-Hodson*
                Rex A. Sharp, #12350
                Isaac Diel, #14376
                Ryan C. Hudson, #22986
                Sarah T. Bradshaw, #26551
                Ruth Anne French-Hodson, #28492
                SHARP LAW, LLP
                4820 W. 75th Street
                Prairie Village, KS 66208
                (913) 901-0505
                (913) 901-0419 fax

rsharp@midwest-law.com
idiel@midwest-law.com
rhudson@midwest-law.com
sbradshaw@midwest-law.com
rafrenchhodson@midwest-law.com

*Attorneys for Plaintiffs Jenna Johnson, Abbey Johnston, Riley Bucci, Kelsey Gross, Stevie McCartin, Elaine Lake, Courtney Nemmers, Tracy Tankard, Mallory VanDyke, and Jessica Aujero*

### CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Ruth Anne French-Hodson*